UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-mj-03755-REID

UNITED STATES OF AMERICA

v.

STEPHEN DANIEL LEONARD,

Defendant.
_____/

FILED BY TS D.C.

Aug 20, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, Fl

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   **No.**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No.**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/ Timothy J. Farina
Timothy J. Farina
Assistant United States Attorney
Court ID No. A5503150
99 Northeast 4th Street
Miami, Florida 33132
Telephone: (305) 961-9196
Email: Timothy.Farina@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>STEPHEN DANIEL LEONARD,<br><br>Defendant. | )<br>)<br>) Case No. 24-mj-03755-REID<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 12, 2024,__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of firearm by a convicted felon |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

__Chase Haeuptle, Special Agent, FBI__
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: __August 20, 2024__

_____
Judge's signature

City and state: __Miami, Florida__   __Honorable Lisette M. Reid, United States Magistrate Judge__
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chase Haeuptle, a Special Agent with the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since April 2023. I am currently assigned to the Joint Terrorism Task Force of the FBI Miami Field Division. I have investigated a variety of violations of federal laws to include computer intrusion, threatening communications, and cyber stalking and received training for the same. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of and make arrests for violations of Title 18 of the United State Code. Prior to my employment with the FBI, I was a Captain in the United States Army serving as an Infantry Officer.

2. This Affidavit is made for the purpose of establishing probable cause in support of the arrest of **Stephen Daniel Leonard ("LEONARD")**, who knowingly possessed a firearm in and affecting interstate and foreign commerce, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

3. The statements contained in this Affidavit are based upon my own personal knowledge gathered during my participation in this investigation, my previous training and experience, information from other State and Federal law enforcement officers and agents, and interviews and written reports. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact

1

known to me or law enforcement in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

## PROBABLE CAUSE

4. On or about July 12, 2024, law enforcement officers set up a meeting with LEONARD to discuss potentially threatening emails LEONARD had sent to the United States Attorney for the Southern District of Florida. The meeting was to take place at a coffee shop near LEONARD's house.

5. As LEONARD was driving into the parking lot of the coffee shop, LEONARD sent a text message to an FBI agent with whom he was to meet, stating, "I'm armed so don't over react."

6. LEONARD then entered the coffee shop, purchased a drink, and sat alone at an outside table.

7. Law enforcement approached LEONARD and asked what he was armed with. Leonard responded that he had a "SIG P229 .40 Caliber." At the time, law enforcement knew that LEONARD had previously been convicted of one or more felonies.

8. Officers then removed a firearm from LEONARD's waistband. The firearm was a Sig Sauer .40 caliber pistol.

9. A review of LEONARD's criminal history confirmed that he had previously been convicted of a felony, punishable by a term of imprisonment exceeding one year. Specifically, LEONARD was convicted under Monroe County Florida Case No. 15-CF-665-A-K (Grand Theft and Fleeing and Evading Law Enforcement) and sentenced to five years' imprisonment. Based on the amount of time LEONARD served on his conviction, he knew he was a convicted felon.

10. A preliminary review of the firearm seized from LEONARD shows that it was manufactured outside the State of Florida.

## CONCLUSION

11. Based on the forgoing facts, I believe that probable cause exists that LEONARD committed a violation of Title 18, United States Code, Section 922(g)(1) (possession of a firearm by a convicted felon).

FURTHER AFFIANT SAYETH NAUGHT.

CHASE HAEUPTLE
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this 20th day of August 2024.

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

3